# EXHIBIT "A"

FILED & RECORDED
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA.

2018 AUG 29 AM 10: 38

RICHARD ALEXANDER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| CARLOS A. BERMUDEZ,          ) | CIVIL ACTION FILE NO. |
| Plaintiff,                   ) | |
|                              ) | 18 A 07437 - 2 |
| v.                           ) | |
|                              ) | |
| U.S. BANK NATIONAL ASSOCIATION ) | |
| AS LEGAL TITLE TRUSTEE FOR   ) | |
| TRUMAN 2016 SC6 TITLE TRUST AND ) | |
| FAY SERVICING, LLC,          ) | |
|                              ) | |
| Defendants.                  ) | |

### LIS PENDENS

Notice is given that this action is filed in the Superior Court named above on 28th Day of August 2018 by **CARLOS A. BERMUDEZ**, Plaintiff.

The object of the action is to determine if Defendant is on compliance with Consumer Financial Protection Bureau (CFPB) regulations for loss mitigation efforts under mortgage servicing rules in Regulations X and Z for first or second trust closed-end loans becoming effective on April 19, 2018 and with the Fair Debt Collection Practices Act (FDCPA) specifically related to failing to send Plaintiff a written "validation notice" within five days of first contacting Plaintiff with information such as how much money Plaintiff owes and the name of the creditor that Plaintiff owes it to in order for Plaintiff to have the opportunity to object the amount that is been collected by the Defendant and to ask for a verification of such debt to request Plaintiff how old is the debt to establish if such debt is out of statute of limitations therefore if the debt can be considered "time-barred" and Defendant has been illegally collecting a debt on Plaintiff.

The real property affected by this action is located 1940 Marina Way, Buford, GA 30518, and more particularly described as follows:

"All that tract or parcel of land lying and being in Land Lot 334 of the 7th District, Gwinnett County, Georgia, being Lot 7, Block A, Harbor Ridge, as per plat recorded in Plat Book 75, Pages 19 and 20, Gwinnett County, Georgia

Records, which plat is incorporated herein and made a part here of by reference."

(the "Property").

RESPECTFULLY SUBMITTED This 28th Day of August 2018

By: _____
CARLOS A. BERMUDEZ
1940 Marina Way, Buford, GA 30518
(678) 758-0938

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

2018 AUG 29 AM 10: 02

RICHARD ALEXANDER, CLERK

# IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| CARLOS A. BERMUDEZ, ) | CIVIL ACTION FILE NO. |
| Plaintiff, ) | 18 A 07437 - 2 |
| v. ) | |
| U.S. BANK NATIONAL ASSOCIATION ) AS LEGAL TITLE TRUSTEE FOR ) TRUMAN 2016 SC6 TITLE TRUST AND ) FAY SERVICING, LLC, ) | |
| Defendants. ) | |

## VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT ON REAL ESTATE PROPERTY

Comes now CARLOS A. BERMUDEZ (the "Plaintiff"), in the above styled civil action by pro se, and files this VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT ON REAL ESTATE PROPERTY (the "Complaint") against U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST (the "Defendant 1") and FAY SERVICING, LLC (the "Defendant 2") and respectfully showing this Honorable Court as follows:

1.

Defendant 1 may be served with Summons and the Complaint at its Registered Agent in the State of Georgia as Aldridge Pite, LLP, with Physical Address at 15 Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, Georgia 30305. Defendant 2 may be served with Summons and the Complaint at its Registered Agent in the State of Georgia REGISTERED AGENT SOLUTIONS INC with Physical Address at 900 OLD ROSWELL LAKES PKWY, STE

310, ROSWELL, GA, 30076, USA. Defendants are subject to the jurisdiction of this Court and venue is proper herein pursuant to Georgia Constitution Article 6, Section 2, Paragraph 6.

## THE PROPERTY

**2.**

Plaintiff re-alleges and incorporates by reference the foregoing paragraph 1 of the Complaint as if fully restated herein.

**3.**

The real property that is the subject matter of the above - styled civil action is commonly known as 1940 Marina Way, Buford, GA 30518 GWINNETT County (the "Property"), and is more particularly described as follows:

> "All that tract or parcel of land lying and being in Land Lot 334 of the 7th District, Gwinnett County, Georgia, being Lot 7, Block A, Harbor Ridge, as per plat recorded in Plat Book 75, Pages 19 and 20, Gwinnett County, Georgia Records, which plat is incorporated herein and made a part here of by reference"
>
> (the "Property").

## FACTS

**4.**

Plaintiff re-alleges and incorporates by reference the foregoing paragraphs 1 through 3 of the Complaint as if fully restated herein.

**5.**

Plaintiff executed a Security Deed to Mortgage Electronic Registration Systems, Inc., as nominee for EquiFirst Corporation dated 10/22/2007 and recorded in Deed Book 48395 Page 149 Gwinnett County, Georgia records; as last transferred to or acquired by U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust.

**6.**

Defendants under and by virtue of the Power of Sale contained in mentioned Security Deed in Paragraph 5 will be selling at public outcry to the highest bidder for cash before the courthouse

door of GWINNETT County, Georgia, or at such place as may be lawfully designated as an alternative, within the legal hours of sale on the first Tuesday in September 2018, the Property.

### 7.

Defendants are duly appointed agent and attorney in fact for the Plaintiff. Defendant by conducting Foreclosing proceedings on Plaintiff's property without exhausting all loss mitigation remedies available and not following Federal or State Loss Mitigation regulations in order to avoid foreclosure on Plaintiff's property has breached Fiduciary Duties per Georgia Code § 11-3-307.

### 8.

Defendants are not on compliance with Consumer Financial Protection Bureau (CFPB) regulations for loss mitigation efforts under mortgage servicing rules in Regulations X and Z for first or second trust closed-end loans becoming effective on April 19, 2018 and with the Fair Debt Collection Practices Act (FDCPA) specifically related to failing to send Plaintiff a written "validation notice" within five days of first contacting Plaintiff with information such as how much money Plaintiff owes and the name of the creditor that Plaintiff owes it to in order for Plaintiff to have the opportunity to object the amount that is been collected by the Defendant and to ask for a verification of such debt to request Plaintiff how old is the debt to establish if such debt is out of statute of limitations therefore if the debt can be considered "time-barred" and Defendant has been illegally collecting a debt on Plaintiff.

### 9.

Plaintiff because of expressed in Paragraph 8 and under the Federal Fair Debt Collection Practices Act is submitting a cease communication request to Defendants and requesting a verification of debt asking when was the last payment received by Defendants in order to check if the debt is out of statute of limitations therefore if the debt can be considered "time-barred" and Defendant has been illegally collecting a debt on Plaintiff.

## **DECLARATORY JUDGMENT**

### 10.

Plaintiff re-alleges and incorporates by reference the foregoing paragraphs 1 through 9 of

the Complaint as if fully restated herein.

**11.**

This claim is an action for declaratory judgment brought pursuant to the provisions of O.C.G.A. § 9-4-1 et seq.

**12.**

An actual controversy exists in this case with regard to obligations not meet by the Defendant.

**13.**

Plaintiff seeks a declaration of rights, including that Defendants have breached Fiduciary Duties per Georgia Code § 11-3-307 because Defendant is duly appointed agent and attorney in fact for the Plaintiff and by conducting foreclosure proceedings on Plaintiff's property without exhausting all loss mitigation remedies available under the Consumer Financial Protection Bureau (CFPB) regulations for loss mitigation efforts under mortgage servicing rules in Regulations X and Z for first or second trust closed-end loans becoming effective on April 19, 2018. .

**14.**

Plaintiff seeks a declaration of rights, including that Defendants have been collecting a debt on Plaintiff illegally on debt considered "time-barred".

**15.**

Plaintiff seeks a declaration of rights, including that Defendants did violate Statute of Limitation in the state of Georgia.

**16.**

Plaintiff seeks a declaration of rights, including (a) Defendants are required to evaluate Plaintiff for available loss mitigation options, (b) Defendants are required to meet certain requirements prior to initiate any foreclosure action against Plaintiff, and (c) stop any foreclosure proceedings.

WHEREFORE, Plaintiff prays that this Court will:

(A) Declare that Defendants are required to evaluate Plaintiff for available loss mitigation options; and,

(B) Declare that Defendants are required to meet certain requirements prior to initiate any foreclosure action against Plaintiff; and,

(C) Declare that any foreclosure proceedings are invalid because of debt been collected illegally; and,

(D) Declare that Defendants have breached Fiduciary Duties per Georgia Code § 11-3-307; and

(E) Grant any such other and further' relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED This 28th Day of August 2018

By: _____
CARLOS A. BERMUDEZ
1940 Marina Way, Buford, GA 30518
(678) 758-0938

Case 1:18-cv-05018-SCJ-AJB   Document 1-1   Filed 10/31/18   Page 9 of 19

# IN THE SUPERIOR COURT OF GWINNETT COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| CARLOS A. BERMUDEZ, ) | CIVIL ACTION FILE NO. |
| Plaintiff, ) | |
| ) | 18 A 07437-2 |
| v. ) | |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION ) | |
| AS LEGAL TITLE TRUSTEE FOR ) | |
| TRUMAN 2016 SC6 TITLE TRUST AND ) | |
| FAY SERVICING, LLC, ) | |
| ) | |
| Defendants. ) | |

## VERIFICATION

Personally appeared before the undersigned officer duly authorized by law to administer oaths, who after being duly sworn, deposes and states under oath as follows:

1. Affiant is over the age of 21 and otherwise competent to testify in court.
2. Affiant has read the complaint.
3. Each fact or opinion in the Complaint is true, accurate, within Affiant's personal knowledge and Affiant can testify in court as to the facts or opinions set forth, unless the fact or opinion is qualified as being – "on information or belief" – in which case the fact or opinion is true to the best of Affiant's knowledge, information, and belief formed after reasonable inquiry.

RESPECTFULLY SUBMITTED This 28th Day of August 2018

By: _____
CARLOS A. BERMUDEZ
1940 Marina Way, Buford, GA 30518
(678) 758-0938

Sworn to and subscribed before me
on this 28th day of August 2018.

_____
José R. Lopez, Notary Public
State of Georgia, Clayton County
My Commission expires: 01/17/2021

Page 1 of 1

# IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| CARLOS A. BERMUDEZ, ) | CIVIL ACTION FILE NO. |
| Plaintiff, ) | |
| ) | 18 A 07437 *2 |
| v. ) | |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION ) | |
| AS LEGAL TITLE TRUSTEE FOR ) | |
| TRUMAN 2016 SC6 TITLE TRUST AND ) | |
| FAY SERVICING, LLC, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE OF
## VERIFIED DECLARATORY JUDGMENT
## AND MOTION FOR AN EX PARTE TEMPORARY RESTRAINING ORDER
## AND FOR AN INTERLOCUTORY INJUNCTION AND LIS PENDENS

This is to certify that I have this day served all opposing counsel and / or opposing party(ies), pro se, with a true and accurate copy of the attached document(s), to wit:

1- Motion for an Ex Parte Temporary Restraining Order and For an Interlocutory Injunction.
2- Verified Complaint For Declaratory Judgment.
3- Lis Pendens

**By one or more of the following methods:**

**X Via Facsimile to the following numbers:**

- Aldridge Pite, LLP  FAX: 888-3624909 / 888-3384172
- FAY SERVICING FAX # 312-628-1313 /312-508-4657/ 312-509-4794
- Consumer Financial Protection Bureau Fax: 855-237-2392
- Christopher M. Carr Attorney General of Georgia Fax: 404- 657-8733
- Comptroller of the Currency Customer Assistance Group Fax: 713-336-4301

**X Placing same in an envelope and depositing same in the U.S Mail proper postage prepaid on:**

- Aldridge Pite, LLP 15 Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, Georgia 30305
- FAY SERVICING, LLC / REGISTERED AGENT SOLUTIONS INC - 900 OLD ROSWELL LAKES PKWY, STE 310, ROSWELL, GA, 30076, USA

RESPECTFULLY SUBMITTED This 28th Day of August 2018

By: _____
CARLOS A. BERMUDEZ
1940 Marina Way, Buford, GA 30518
(678) 758-0938

Page 1 of 1



# IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| **CARLOS A. BERMUDEZ,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**U.S. BANK NATIONAL ASSOCIATION** )<br>**AS LEGAL TITLE TRUSTEE FOR** )<br>**TRUMAN 2016 SC6 TITLE TRUST AND** )<br>**FAY SERVICING, LLC,** )<br>)<br>**Defendants.** )<br>) | CIVIL ACTION FILE NO.<br><br>18 A 07437 -2 |

## SUMMONS

**TO THE ABOVE NAMED DEFENDANTS: U.S. BANK NATIONAL ASSOCIATION**
**AS LEGAL TITLE TRUSTEE FOR**
**TRUMAN 2016 SC6 TITLE TRUST**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff, whose name, address, and phone numbers are:

CARLOS A. BERMUDEZ
1940 Marina Way, Buford, GA 30518
PHONE NUMBER (678) 758-0938

an answer to your complaint, which is herewith served upon you, within 30 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This 28th Day of August 2018

29

RICHARD T. ALEXANDER, JR., CLERK

Clerk of Superior Court

By: _____

Deputy Clerk

Page 1 of 1

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| CARLOS A. BERMUDEZ, | CIVIL ACTION FILE NO. |
| Plaintiff, | 18 A 07437 - 2 |
| v. | |
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST AND FAY SERVICING, LLC, | |
| Defendants. | |

### SUMMONS

### TO THE ABOVE NAMED DEFENDANT: FAY SERVICING, LLC

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff, whose name, address, and phone numbers are:

CARLOS A. BERMUDEZ
1940 Marina Way, Buford, GA 30518
PHONE NUMBER (678) 758-0938

an answer to your complaint, which is herewith served upon you, within 30 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This 28th Day of August 2018

RICHARD T. ALEXANDER, JR., CLERK

Clerk of Superior Court

By: _____

Deputy Clerk

Page 1 of 1

FILED IN OFFICE
CLERK SUPERIOR COURT
GWINNETT COUNTY, GA

2018 AUG 29  AM 10: 02

RICHARD ALEXANDER, CLERK

# IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| CARLOS A. BERMUDEZ, ) | CIVIL ACTION FILE NO. |
| Plaintiff, ) | |
| ) | 18 A 07437-2 |
| v. ) | |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION ) | |
| AS LEGAL TITLE TRUSTEE FOR ) | |
| TRUMAN 2016 SC6 TITLE TRUST AND ) | |
| FAY SERVICING, LLC, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR AN EX PARTE TEMPORARY RESTRAINING ORDER AND FOR AN INTERLOCUTORY INJUNCTION

In accordance with O.C.G.A § 9-11-65(B), the named Petitioner applies, *ex parte*, for a temporary restraining order and an interlocutory injunction against the named Respondent pending the final determination of this action.

Petitioner shows that immediate and irreparable injury, loss, or damage will result to Petitioner before Respondent or its/his/her/their counsel can be heard in opposition, as shown, in the verified complaint contemporaneously herewith. The actions sought to enjoined are set forth as follows:

1. Public auction of Petitioner's Home;
2. Issuance of Deed Under Power of Sale; or,
3. Encumbrance of the Home;
4. Any steps towards securing possession of the Home.

Incorporated by this reference as Attachment "A" is a certificate showing the efforts that have been made to give notice to Respondent or its/his/her/their counsel and the reasons that additional notice or delay should not be required.

Page 1 of 2

The grounds for the application for an interlocutory injunction that without relief requested Petitioner will suffer imminent or immediate and irreparable injury, loss, or damage, any legal remedy would be inadequate, and the status quo would not be maintained pending the final determination of this action.

WHEREFORE, Petitioner respectfully prays for a hearing at the Court's earliest pleasure on this application, and that, after that, after considering the evidence and argument, this Honorable Court forthwith issue a temporary restraining order, and set down a hearing on the application for an interlocutory injunction within 30 days of the issuance of the temporary restraining order.

RESPECTFULLY SUBMITTED t This 28th Day of August 2018

By: _____
CARLOS A. BERMUDEZ
1940 Marina Way, Buford, GA 30518
(678) 758-0938

# **Attachment "A"**

## Certificate of Service

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| CARLOS A. BERMUDEZ, | ) | CIVIL ACTION FILE NO. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 18 A 07437-2 |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST AND FAY SERVICING, LLC, | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE OF VERIFIED DECLARATORY JUDGMENT AND MOTION FOR AN EX PARTE TEMPORARY RESTRAINING ORDER AND FOR AN INTERLOCUTORY INJUNCTION AND LIS PENDENS

This is to certify that I have this day served all opposing counsel and / or opposing party(ies), pro se, with a true and accurate copy of the attached document(s), to wit:

1- Motion for an Ex Parte Temporary Restraining Order and For an Interlocutory Injunction.
2- Verified Complaint For Declaratory Judgment.
3- Lis Pendens

**By one or more of the following methods:**

___ **Via Facsimile to the following numbers:**

- Aldridge Pite, LLP  FAX: 888-3624909 / 888-3384172
- FAY SERVICING FAX # 312-628-1313 /312-508-4657/ 312-509-4794
- Consumer Financial Protection Bureau Fax: 855-237-2392
- Christopher M. Carr Attorney General of Georgia Fax: 404- 657-8733
- Comptroller of the Currency Customer Assistance Group Fax: 713-336-4301

___ **Placing same in an envelope and depositing same in the U.S Mail proper postage prepaid on:**

- Aldridge Pite, LLP 15 Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, Georgia 30305
- FAY SERVICING, LLC / REGISTERED AGENT SOLUTIONS INC - 900 OLD ROSWELL LAKES PKWY, STE 310, ROSWELL, GA, 30076, USA

RESPECTFULLY SUBMITTED This 28th Day of August 2018

By: _____
CARLOS A. BERMUDEZ
1940 Marina Way, Buford, GA 30518
(678) 758-0938

Page 1 of 1

IN THE SUPERIOR COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| CARLOS A. BERMUDEZ, ) | CIVIL ACTION FILE NO. |
| Plaintiff, ) | 18-A-07437-2 |
| v. ) | |
| U.S. BANK NATIONAL ASSOCIATION ) AS LEGAL TITLE TRUSTEE FOR ) TRUMAN 2016 SC6 TITLE TRUST AND ) FAY SERVICING, LLC, ) | |
| Defendants. ) | |

## MOTION TO PROPOSE SETTLEMENT AND RELEASE AGREEMENT

Comes now CARLOS A. BERMUDEZ (the "Plaintiff"), in the above styled civil action by pro se, and files this MOTION TO PROPOSE SETTLEMENT AND RELEASE AGREEMENT (the "Proposal") and respectfully showing this Honorable Court as follows:

**1.**

Plaintiff filed a Complaint against Defendants on 08/29/2018 in Gwinnett Superior Court with the above Case Number.

**2.**

Defendants filed a Dispossessory Action against Plaintiff on 09/25/2018 in Gwinnett Magistrate Court with Case Number 18-M-33990.

**3.**

Is the Plaintiff desire to reach a Settlement and Release Agreement involving both cases.

RESPECTFULLY SUBMITTED This 16th Day of October, 2018.

By: _____
CARLOS A. BERMUDEZ
1940 Marina Way, Buford, GA 30518
(678) 758-0938

Page **1** of **1**

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| CARLOS A. BERMUDEZ, ) | CIVIL ACTION FILE NO. |
| Plaintiff, ) | |
| ) | 18-A-07437-2 |
| v. ) | |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION ) | |
| AS LEGAL TITLE TRUSTEE FOR ) | |
| TRUMAN 2016 SC6 TITLE TRUST AND ) | |
| FAY SERVICING, LLC, ) | COPY |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE OF
### MOTION TO PROPOSE SETTLEMENT AND RELEASE AGREEMENT

This is to certify that I have this day served all opposing counsel and / or opposing party(ies), pro se, with a true and accurate copy of the attached document(s), to wit:

**By one or more of the following methods:**

**X Via Facsimile to the following numbers:**

- Aldridge Pite, LLP  FAX: 888-3624909 / 888-3384172
- FAY SERVICING FAX # 312-628-1313 /312-508-4657/ 312-509-4794
- Consumer Financial Protection Bureau Fax: 855-237-2392
- Christopher M. Carr Attorney General of Georgia Fax: 404- 657-8733
- Comptroller of the Currency Customer Assistance Group Fax: 713-336-4301

**X Placing same in an envelope and depositing same in the U.S Mail proper postage prepaid on:**

- Gregory Wallach Aldridge Pite, LLP 15 Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, Georgia 30305
- Alain Didier Aldridge Pite, LLP 15 Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, Georgia 30305
- FAY SERVICING, LLC / REGISTERED AGENT SOLUTIONS INC - 900 OLD ROSWELL LAKES PKWY, STE 310, ROSWELL, GA, 30076, USA
- 

RESPECTFULLY SUBMITTED This 28th Day of August 2018

By: _____
CARLOS A. BERMUDEZ
1940 Marina Way, Buford, GA 30518
(678) 758-0938

Page 1 of 1

CARLOS A. BERMUDEZ
1940 Marina Way,
Buford, GA 30518





7018 1830 0001 8592 1990

1028

30076

U.S. POSTAGE PAID
FCM LETTER
BUFORD, GA
30518
OCT 19, 18
AMOUNT
**$3.95**
R2304N118209-14

FAY SERVICING, LLC / REGISTERED AGENT
SOLUTIONS INC –
900 OLD ROSWELL LAKES PKWY,
STE 310,
ROSWELL, GA, 30076, USA

3007638667 C062